UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES

DATE: 3/21/2002   CASE NUMBER: CR 02-00143-001-PHX-SMM

**X** FILED ___ LODGED  
___ RECEIVED ___ COPY  

MAR 29 2002  

CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY_____ DEPUTY

USA vs. Charles J. Martin

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Mark Aspey   INTERPRETER _____  
LANGUAGE _____

Attorney for Defendant Leonard Brown (Appointed for Flagstaff proceedings only)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 3/19/2002   ☒ Initial Appearance   ☐ Appointment of counsel hearing held  
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed  
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**  
☐ Held ☐ Con't ☐ Submitted ☐ Reset  

Set for: 3/26/2002 at 10:00 AM  
Before: MAGISTRATE JUDGE VERKAMP  

☐ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released _____  
☐ Defendant continued detained pending trial  
☐ Flight risk ☐ Danger  

**ARRAIGNMENT HEARING:**  
☐ Held ☐ Con't ☐ Reset  

Set for:  
Before:  

Plea of NOT guilty entered to Counts **all pending**.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on ___ in ___ before ___

STATUS HEARING RE: Set for ___ before ___

---

Other: Court determines that based on financial affidavit, defendant to be appointed counsel for all future hearings.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. 02-14  
BY: Stella Berendsen  
Deputy Clerk